**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6424**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KAISHEIN TAIRELLE COOPER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:22-cr-00086-EWH-DEM-2)

_____

Submitted:  July 25, 2024                              Decided:  July 30, 2024

_____

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kaishein Tairelle Cooper, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaishein Tairelle Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motions for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. Having reviewed the record, we discern no abuse of discretion in the district court's determination that the pertinent 18 U.S.C. § 3553(a) factors weighed against a sentence reduction. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (explaining standard of review). Accordingly, we affirm the district court's order. *United States v. Cooper*, No. 2:22-cr-00086-EWH-DEM-2 (E.D. Va. Apr. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*